JAMES B. LANSING SOUND,
INC., Plaintiff–Appellant,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., a
Pennsylvania corporation, Defendant–
Appellee.

No. 84–6630.

United States Court of Appeals,
Ninth Circuit.

Dec. 11, 1992.

Before: GOODWIN, SCHROEDER, and
BOOCHEVER, Circuit Judges.

ORDER AMENDING OPINION

It is hereby ordered that the above entitled case at 801 F.2d 1560 (9th Cir.1986) be amended at page 1570, first column, 8th line by inserting the word "not" before the word "substantially."